**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DIONDRA MILLER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 23-CV-1910** |
| | : | |
| **NAVY FEDERAL CREDIT UNION,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 12th day of September 2023, in light of *pro se* Plaintiff Diondra Miller's failure to file an amended complaint in accordance with this Court's Order entered on July 18, 2023 (ECF No. 5), which informed Miller that failure to file an amended complaint would result in final dismissal of this case, it is **ORDERED** that:

1.      Miller's case is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

3.      If Miller did not intend to stand on her Complaint, she must move for reconsideration of this Order in accordance with Federal Rule of Civil Procedure 59(e), and attach her proposed amended complaint to that motion.

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, J.**